# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL YOUNG dba SILVER FILLED MUSIC   Plaintiff, <br><br> -v- <br><br> DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1 THROUGH 5   Defendant. | Case No. 1:20-cv-06063 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NEIL YOUNG dba SILVER FIDDLE MUSIC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** AUGUST 4, 2020

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** IS7871

Form Rule7_1.pdf   SDNY Web 10/2007