# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3427
tschaffer@jonesday.com

November 23, 2020

Via ECF Filing
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
2270 United States Courthouse
500 Pearl Street
New York, NY 10007-1581

      Re: *Neil Young dba Silver Fiddle Music v. Donald J. Trump For President, Inc. et al.*,
           1:20-cv-06063-NRB

Dear Judge Buchwald:

    We represent Defendant Donald J. Trump For President, Inc. ("Defendant") in the above-captioned action, and hereby request a two-week extension of time, to December 7, 2020, to respond to Plaintiff's Complaint. Pursuant to your Honor's Individual Practices, Defendant states as follows:

(1) The original date for Defendant to respond is today.

(2) This is the first request for adjournment or extension.

(3) Not applicable.

(4) Plaintiff consents to this request.

Respectfully submitted

*/s/ Tracy Schaffer*
Tracy Schaffer
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Telephone: (212) 326-3939

Application granted.
**SO ORDERED.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        November 24, 2020

Cc: Counsel for Plaintiff (Ivan Saperstein and Robert Besser)