IN THE UNITED STATE DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEIL YOUNG dba SILVER FIDDLE MUSIC | ) | **NOTICE OF VOULUNTARY** |
| Plaintiff, | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(a)(i)** |
| DONALD J. TRUMP FOR PRESIDENT, INC., | ) | |
| And DOES 1 THROUGH 5 | ) | Case No.: 1:20-cv-06063 |
| Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Plaintiff Neil Young dba Silver Fiddle Music, by and through his attorney, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims against Donal J. Trump for President, Inc. with prejudice, with each party to bear its own costs, fees, and expenses. This dismissal disposes of the entire action.

Date: December 7, 2020

*Ivan Saperstein*
Ivan A. Saperstein (IS7871)
Silverstein & Saperstein
Attorneys for Plaintiff
494 Eighth Avenue, 6th Floor
New York, NY 10001
Tel. (212) 321-7081