AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:20-cv-06063 | DATE FILED<br>8/4/2020 | U.S. District Court for the Southern District of New York<br>500 Pearl Street, New York, New York 10007 |
| PLAINTIFF<br>NEIL YOUNG dba SILVER FIDDLE MUSIC | DEFENDANT<br>DONALD J. TRUMP FOR PRESIDENT, INC. and DOES 1 through 5 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA 449 267 | ROCKIN' IN THE FREE WORLD | NEIL YOUNG |
| 2 | PAU2-764-048 | DEVIL'S SIDEWALK | NEIL YOUNG |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED<br>12/7/2020 |
|---|---|---|
| CLERK<br>s/ Ruby J. Krajick | (BY) DEPUTY CLERK<br>s.K.Mango | DATE<br>12/7/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL YOUNG dba SILVER FIDDLE MUSIC )<br>Plaintiff, )<br>v. )<br>DONALD J. TRUMP FOR PRESIDENT, INC., )<br>And DOES 1 THROUGH 5 )<br>Defendants. ) | **NOTICE OF VOULUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(a)(i)**<br><br>Case No.: 1:20-cv-06063 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Plaintiff Neil Young dba Silver Fiddle Music, by and through his attorney, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i), hereby voluntarily dismisses all of his claims against Donal J. Trump for President, Inc. with prejudice, with each party to bear its own costs, fees, and expenses. This dismissal disposes of the entire action.

Date: December 7, 2020

*Ivan Saperstein*
Ivan A. Saperstein (IS7871)
Silverstein & Saperstein
Attorneys for Plaintiff
494 Eighth Avenue, 6th Floor
New York, NY 10001
Tel. (212) 321-7081